LINDA SHEILA-SAMANTHA TOWN
83 BROOKS ROAD
HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

ALL IN CREDIT UNION
ATTN: BANKRUPTCY
PO DRAWER 8
DALEVILLE, AL 36322

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

DIGESTIVE DISEASE CENT
100 METHODIST HOSPITAL
HATTIESBURG, MS 39402

FORREST GENERAL
PO BOX 16389
HATTIESBURG, MS 39404

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

GENVIEW DIAGNOSIS
5252 HOLLISTER ST
STE 520
HOUSTON, TX 77040

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

PHILLIP POLK
83 BROOKS ROAD
HATTIESBURG, MS 39401

SOUTHERN BONE & JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG, MS 39401